[No. 51647-7-I.   Division One.   February 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. SIPIN, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 125 Wn. App. 733-59, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated October 17, 2005 granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 130 Wn. App. 403.